UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John J. Sweeney, Jr.

    v.　　　　　　　　　　　　　　　　　　Civil No. 12-cv-276-PB

NH State Prison

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at NH State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that over the last six months, the plaintiff's average deposits have been $18.42 and the plaintiff's average monthly balance has been $64.14. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $0.16 there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 4), shall be forwarded by the Court to the Institutions inmate account department.

     SO ORDERED.

                                               _____
                                               Landya B. McCafferty
                                               United States Magistrate Judge

Dated: October 15, 2012

cc:   John J. Sweeney, Jr., pro se