UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>John J. Sweeney, Jr.</u>

 v.               Civil No. 12-cv-276-PB

<u>New Hampshire State Prison et al.</u>

<u>**O R D E R**</u>

 Before the Court is plaintiff's complaint (doc. no. 1), which contains a request for preliminary injunctive relief. In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the request for preliminary injunctive relief set forth in the complaint and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

 **SO ORDERED.**

                <u>/s/Paul Barbadoro</u>
                Paul Barbadoro
                United States District Judge

October 16, 2012

cc:  John J. Sweeney, Jr., pro se