UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John J. Sweeney, Jr.

    v.                                Civil No. 12-cv-276-PB

New Hampshire State Prison et al.

### O R D E R

Before the Court is plaintiff's complaint (doc. no. 1), which contains a request for preliminary injunctive relief.  In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the request for preliminary injunctive relief set forth in the complaint and, if necessary, conduct a hearing on the matter.  In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    **SO ORDERED.**

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

October 16, 2012

cc:   John J. Sweeney, Jr., pro se