UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>John J. Sweeney, Jr.</u>

        v.                        Civil No. 12-cv-276-PB

<u>NH State Prison, et al</u>


<u>O R D E R</u>


I hereby recuse myself from presiding over this case as Mr. Sweeney was or is represented by Attorney Mark Sisti and may be subpoenaed in this case. The case shall be reassigned to another Judge.


SO ORDERED.



December 1, 2012                                /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge


cc:    John Sweeney, Pro se