UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John J. Sweeney, Jr.

    v.                                            Case No. 12-cv-276-SM

New Hampshire State Prison, et al.

**O R D E R**

Before the court are plaintiff's complaint addenda (doc. nos. 9 and 11), which contain requests for preliminary injunctive relief. In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the requests for preliminary injunctive relief set forth in the complaint addenda and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the court, and a copy shall forthwith be mailed to all parties.

    **SO ORDERED.**

                                                _____
                                                Steven J. McAuliffe
                                                United States District Judge

Date:    December 19, 2012

cc:      John J. Sweeney, Jr., pro se