UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


John J. Sweeney, Jr.

   v.                                                   Civil No. 12-cv-276-SM

New Hampshire State Prison et al.


**O R D E R**

John Sweeney filed a request for preliminary injunctive relief (doc. nos. 9 and 11), alleging that he had been subjected to, and was at continuing risk of, retaliatory violence being inflicted upon him by defendant Stephen Sullivan.  The court subsequently issued an order (doc. no. 15) directing defendant Sullivan to respond to Sweeney's request, which Sullivan has now filed (doc. no. 23).

Sweeney's most recent request for injunctive relief was filed on December 11, 2012 (doc. no. 11).  Sullivan has filed a response.  It would be helpful to the court for Sweeney to file a motion, within fourteen days of the date of this order, advising the court if he is <u>presently</u> in need of an injunction in order to avoid imminent irreparable harm.  Sweeney's motion should include any facts that have occurred since December 11, 2012, that would demonstrate his present need for an injunction.

Once Sweeney files this motion, or after fourteen days if he does not file a motion, the court will determine whether to hold a hearing on Sweeney's request for a preliminary injunction (doc. nos. 9 and 11).

    SO ORDERED.

```
                              _____
                              Landya McCafferty
                              United States Magistrate Judge
```

January 13, 2013

cc: John J. Sweeney, pro se

LBM:jba