UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John J. Sweeney, Jr.</u>

       v.                                  Case No. 12-cv-276-SM

<u>N.H. State Prison, et al.</u>

ORDER

    Re: Document No. 30, Plaintiff's Proposed Discovery Plan and Document No. 31, Defendants' Proposed Discovery Plan

    Ruling: Plaintiff's proposed discovery plan (doc. no 30) contains allegations about defendants' mistreating him, but includes no proposed discovery deadlines and no specific objections to defendants' proposed scheduling order and discovery deadlines (doc. no. 31). As I find defendants' proposed deadlines and scheduling order reasonable, document no. 31 is approved and adopted as a pretrial scheduling order. The pretrial conference currently scheduled for March 20, 2013, is no longer necessary and is cancelled. Trial: Two-week trial period beginning March 18, 2014.

Date: March 5, 2013

                                        Landya B. McCafferty
                                        United States Magistrate Judge

CC:  John J. Sweeney, Jr., pro se
     Nancy J. Smith, Esq.
     Francis Fredericks, Esq.