UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John J. Sweeney, Jr.</u>

       v.                      Case No. 12-cv-276-SM

<u>New Hampshire State Prison, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 5, 2013, for the reasons as set forth therein. Plaintiff's motion seeking preliminary injunctive relief (document nos. 9, 11 and 27) is hereby denied.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: March 19, 2013

cc:  John J. Sweeney, pro se
     Nancy J. Smith, Esq.
     Francis C. Fredericks, Esq.